UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
WORLD WRESTLING
ENTERTAINMENT, INC.,                    ORDER
                              :
            Plaintiff,                  13-cv-8081 (SAS)
                              :
      - against -
                              :
NUCOM ONLINE (BEIJING) CO. LTD,
                              :
            Defendant.
------------------------------X

SHIRA A. SCHEINDLIN, U.S.D.J.:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/15

A review of the Court records indicates that the Complaint in this action was filed on November 11, 2013 and that there is no proof of service of the summons and complaint on file. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 120 days after the complaint is filed, the court — on motion or on its own after notice to the plaintiff — must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Plaintiff is directed to effect service by July 6, 2015 or this action will be dismissed.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         June 29, 2015

- **Appearances** -

**Plaintiff:**

Margaret J. Leszkiewicz, Esq.
Solo Practitioner
23 Wildwood Gardens, Apt. C2
Port Washington, NY 11050
(516) 708-1161